# EXHIBIT A

**State Court Pleadings**

| STATE OF NORTH CAROLINA | GENERAL COURT OF JUSTICE |
|---|---|
| COUNTY OF CATAWBA | SUPERIOR COURT DIVISION<br>21-CVS-577 |

KELLY FANELLO,

    Plaintiff,

vs.

McLANE COMPANY, INC.,

    Defendant.

**COMPLAINT**
(Jury Trial Demanded)

**NOW COMES** Plaintiff, complaining of Defendant, and alleges as follows:

1. Plaintiff is a citizen and resident of the State of New York.

2. Defendant is a foreign corporation authorized to do business in North Carolina..

## Factual Background

3. This lawsuit arises out of an accident that occurred on January 11, 2020.

4. Plaintiff was working her normal job at Pizza Hut when the events alleged herein occurred.

5. McLane devivered food products to the Pizza Hut location where Plaintiff worked from time to time.

6. In the week or so prior to the accident made the basis of this lawsuit, a McLane employee delivered product to the Pizza Hut location and unsafely stacked boxes too high in the freezer walk-in.

7. Pizza Hut verbally warned McLane about this and instructed Defendant not to stack the boxes so high.

8. On the morning of January 11, 2020, an employee of Defendant delivered food boxes to the Pizza Hut location where Plaintiff was working.

9. The McLane employee who delivered the boxes was acting in the course and scopeof his (or her) employment with Defendant at the time he delivered the food boxes.

10. Defendant's employee also stacked some of the boxes he had delivered in the walk-in/freezer.

11. The McLane employee who stacked some of the boxes was acting in the course and scope of his employment with Defendant at the time he stacked the boxes.

12. Despite the prior warning, Defendant's employee stacked the boxes too high and/or improperly in other ways to be identified during the discovery process, which caused the stack of boxes to be unstable.

13. Shortly thereafter, Plaintiff opened the door to the walk-in/freezer.

14. The change in air pressure from opening the door caused the boxes to fall over, some of which landed on Plaintiff and injured her.

15. Plaintiff's damages exceed $25,000, and include but are not limited to damages for medical expenses (past and future), lost wages and lost earning capacity, pain and suffering (past and future), physical impairment (past and future), physical disfigurement (past and future) and permanent injury.

## Claim for Negligence

16. Plaintiff realleges paragraphs 1-14 in support of this claim.

17. Defendant owed a duty to Plaintiff to stack the boxes in a reasonably prudent manner.

18. Defendant breached this duty by stacking the boxes too high and by leaving the boxes in an unstable condition.

19. Defendant's breach of its duty proximately caused damages to Plaintiff as alleged in paragraph 14.

**WHEREFORE**, Plaintiff prays that:

1. She have and recover compensatory damages from Defendant;
2. The costs of this action are taxed to Defendant;
3. She have a trial by jury on all issues so triable.
4. She have such other and further relief as to the Court may seem just and proper.

This, the 2nd day of March, 2021.

_____
Brett R. Dressler (NC Bar # 34516)
SELLERS AYERS DORTCH & LYONS, P.A.
301 Midtown Building, Suite 410
301 South McDowell Street
Charlotte, NC 28204
Telephone: (704) 377-5050
Facsimile: (704) 927-2868
Email: bdressler@sellersayers.com

| STATE OF NORTH CAROLINA | | File No.<br>21-CVS 577 | |
|---|---|---|---|
| CATAWBA County | | In The General Court Of Justice<br>☐ District  ☒ Superior Court Division | |

| Name Of Plaintiff |
|---|
| KELLY FANELLO |
| Address |
| 301 S. McDowell, Suite 410 |
| City, State, Zip |
| Charlotte      NC      28204 |

**CIVIL SUMMONS**
☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)**

G.S. 1A-1, Rules 3 and 4

**VERSUS**

| Name Of Defendant(s) | Date Original Summons Issued |
|---|---|
| | Date(s) Subsequent Summons(es) Issued |

**To Each Of The Defendant(s) Named Below:**

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| McLane Company, Inc.<br>CT Corporation System, Registered Agent<br>160 Mine Lake Ct, Ste. 200<br>Raleigh, NC 27615 | |

⚠ **IMPORTANT!** You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!

¡**IMPORTANTE!** ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff) | Date Issued | Time | |
|---|---|---|---|
| Brett Dressler<br>Sellers Ayers Dortch & Lyons, PA<br>301 S. McDowell, Suite 410<br>Charlotte      NC      28204 | 3.8.21 | 10:26 ☐ AM ☒ PM | |
| | Signature<br>_Kerry Stephens_ | | |
| | ☒ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | | |

| ☐ ENDORSEMENT (ASSESS FEE) | Date Of Endorsement | Time ☐ AM ☐ PM |
|---|---|---|
| This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Signature | |
| | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** *Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

AOC-CV-100, Rev. 4/18
© 2018 Administrative Office of the Courts

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|
| | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|
| | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 4/18
© 2018 Administrative Office of the Courts



# Service of Process Transmittal
03/15/2021
CT Log Number 539205754

| | |
|---|---|
| **TO:** | Larry Parsons<br>McLane Company, Inc.<br>4747 McLane Pkwy<br>Temple, TX 76504-4854 |
| **RE:** | **Process Served in North Carolina** |
| **FOR:** | McLane Company, Inc.  (Domestic State: TX) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | KELLY FANELLO, Pltf. vs. McLane Company, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 21CVS577 |
| **NATURE OF ACTION:** | Employee Litigation - Personal Injury |
| **ON WHOM PROCESS WAS SERVED:** | CT Corporation System, Raleigh, NC |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 03/15/2021 postmarked on 03/12/2021 |
| **JURISDICTION SERVED :** | North Carolina |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/15/2021, Expected Purge Date: 03/20/2021 |
| | Image SOP |
| | Email Notification,  Luis Garcia  luis.garcia@mclaneco.com |
| | Email Notification,  John Gunter  John.Gunter@mclaneco.com |
| | Email Notification,  Kim Magyar  kim.magyar@mclaneco.com |
| | Email Notification,  Jesse Hayes  jesse.hayes@mclaneco.com |
| | Email Notification,  Jennifer Loftin  jennifer.loftin@mclaneco.com |
| | Email Notification,  Stuart Masters  Stuart.Masters@mclaneco.com |
| | Email Notification,  Larry Parsons  larry@mclaneco.com |
| **REGISTERED AGENT ADDRESS:** | CT Corporation System<br>160 Mine Lake CT<br>Suite 200<br>Raleigh, NC 27615<br>866-665-5799 |



# Service of Process Transmittal
03/15/2021
CT Log Number 539205754

**TO:** Larry Parsons
McLane Company, Inc.
4747 McLane Pkwy
Temple, TX 76504-4854

**RE:** **Process Served in North Carolina**

**FOR:** McLane Company, Inc. (Domestic State: TX)

SouthTeam2@wolterskluwer.com

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 2 of 2 / JP

Case 5:21-cv-00059-KDB-DCK   Document 1-1   Filed 04/08/21   Page 8 of 11

CERTIFIED MAIL®



US POSTAGE
$005.86
First-Class
ZIP 28204
03/12/2021
034A 0081801483

WALZ

To reorder, please call (800) 381-3811
and reference Envelope # 35790

KG
Sellers Ayers Dortch & Lyons, PA
301 S. McDowell Street
Suite 410
Charlotte, NC 28204



**9314 8699 0430 0080 2956 28**

RETURN RECEIPT (ELECTRONIC)

McLane Company, Inc
CT Corporation System, Registered Agent
160 Mine Lake Court, Ste. 200
Raleigh, NC 27615

Reference Number: 40578.0001

# SELLERS, AYERS, DORTCH & LYONS, P.A.
ATTORNEYS AT LAW
301 MIDTOWN, SUITE 410
301 SOUTH McDOWELL STREET
CHARLOTTE, NORTH CAROLINA 28204-2686

CHRISTIAN R. AYERS*
JOHN F. AYERS III
KAREN S. BOARDMAN †††
ROBERT C. DORTCH, JR.
BRETT E. DRESSLER ††*‡
AIMEE A. DURANT
DORIAN H. GUNTER
CYNTHIA A. JONES*
MICHELLE MASSINGALE DRESSLER**‡
STEPHEN C. SELLERS *
TIMOTHY G. SELLERS *
ROBERT A. WHITLOW †

TELEPHONE
(704) 377-5050

FACSIMILE
(704) 339-0172

\* Also Admitted in South Carolina
\*\* Also Admitted in West Virginia
† Also Admitted in Georgia
†† Also Admitted in Texas
††† Also Admitted in Tennessee
‡ Certified Mediator

CHARLES E. LYONS II * (1960-2016)

March 12, 2021

**CERTIFIED MAIL RETURN RECEIPT REQUESTED # 9314 8699 0430 0080 2956 28**
McLane Company, Inc
CT Corporation System, Registered Agent
160 Mine Lake Court, Ste. 200
Raleigh, NC 27615

RE: Kelly Fanello v. McLane Company, Inc. (21-CVS-577)

Dear Sir or Madam:

Pursuant to Rule 4 of the North Carolina Rules of Civil Procedure, I am hereby serving you as registered agent with a copy of the Summons and Complaint that has been issued against you in the above-referenced action.

Please be advised that an Answer or other responsive pleading must be filed within 30 days from the date of service or the Court may grant the plaintiff the relief requested in the action with no further notice.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Brett Dressler

BED/kg
Enclosures